IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | |
| vs. | CASE NO.    22-cr-85-CJW |
| CARDEL DEMETRIUS REDMOND<br>    Defendant. | |

# TRIAL BRIEF

Comes now the Defendant and hereby submits his trial brief and states as follows:

1. The parties do not appear to be able to reach agreement on how to resolve the case. The undersigned will attempt to keep negotiations open.
2. The Government has estimated the trial could last up to five days. The undersigned does not dispute that assessment.
3. The Defendant does not anticipate any evidentiary issues other than the remaining issues on the motion in limine.
4. The undersigned believes that many of the Government's exhibits will be stipulated to and the Defendant does not intend to introduce any exhibits. The parties are attempting to conduct their exhibit conference on May 26, 2023.
5. The Defendant has not decided if he will take the stand in his defense.
6. The undersigned normally reserves his opening statement until the close of the Government's case.
7. The undersigned is working to obtain appropriate clothing for the Defendant for trial.

Respectfully submitted,

By:    */s/ Christopher A. Clausen*
        Christopher A. Clausen
        AT0001553
        Clausen Law Office
        315 – 6th Street, Suite 201
        Ames, Iowa 50010
        Electronic Mail:   chris@cacloia.com
        Telephone:        515-663-9515

| | |
|---|---|
| Cell phone | 515-422-6364 |
| Facsimile: | 515-663-9517 |

Attorney for Defendant

<u>Original</u>

    Electronically filed

<u>Hard copies to:</u>

    CDR

    CLO file

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served a copy of this document upon the Government through electronic filing and by emailing a copy of the same to counsel of record at or before the time of filing.

                                                */s/ Christopher A. Clausen*
                                                Christopher A. Clausen